IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KENNETH THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-cv-2241 |
| | ) |
| JELD-WEN, INC., and | ) (Removed from Circuit Court of |
| JELD-WEN DOOR REPLACEMENT | ) Champaign County, Illinois, |
| SYSTEMS, INC. | ) Case No. 19-L-108) |
| | ) |
| Defendants. | ) |

**DEFENDANT, JELD-WEN, INC.'S, MOTION TO DISMISS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Defendant, Jeld-Wen, Inc. ("Jeld-Wen" or "Defendant"), by and through its attorneys, HEPLERBROOM, LLC, states as follows for its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6):

1. Plaintiff allegedly sustained injuries on August 8, 2017 at Defendant's window and door manufacturing business, located in Rantoul, Illinois. He seeks relief in his five-count complaint through various theories of negligence and premises liability. *See generally* doc. #1-1.

2. For the reasons set forth in Defendant's Memorandum of Law in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), which is incorporated by reference in this motion, Plaintiff's claims fail because Plaintiff's exclusive remedy is through the Illinois Workers' Compensation Act. Illinois has "long

recognized the applicability of the common-law borrowed-employee doctrine to workers' compensation cases" (*Holten v. Syncreon N. Am., Inc.*, 2019 IL App (2d) 180537, ¶ 27), and this doctrine bars the type of recovery Plaintiff seeks.  His complaint therefore fails to state a claim upon which relief can be granted and must be dismissed, with prejudice.  FED. R. CIV. P. 12(b)(6).

WHEREFORE, Defendant, Jeld-Wen, Inc., prays that the Court enter an Order dismissing Plaintiff's complaint in its entirety, with prejudice, awarding Defendant its costs, and granting such other and further relief in its favor as the Court deems just and proper.

**Defendant Demands Trial by Jury.**

>Respectfully submitted,
>
>JELD-WEN, INC., Defendant
>
>By: */s/ Michael Patrick Murphy*
>         One of its attorneys
>
>Michael Patrick Murphy, #06284342
>HEPLERBROOM, LLC
>4340 Acer Grove Drive
>Springfield, IL 62711
>(217) 528-3674 (telephone)
>(217) 528-3964 (facsimile)
>E-mail: mpm@heplerbroom.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 16, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew T. Drazen
Page Law
9930 Watson Road, Suite 100
St. Louis, MO 63126
andy@pagelaw.com
*Attorney for Plaintiff*

                                                 */s/ Michael Patrick Murphy*