## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| KENNETH THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 19-cv-2241 |
| | ) | |
| JELD-WEN, INC., AND | ) | |
| JELD-WEN DOOR REPLACEMENT | ) | |
| SYSTEMS, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

**COMES NOW** Andrew T. Drazen of Page Law, LLC., and hereby enters his appearance as attorney for Plaintiff Kenneth Thompson, in the above-captioned lawsuit.

Respectfully Submitted,

**PAGE LAW**

/s/ *Andrew T. Drazen*
Andrew T. Drazen, #6294967
Attorney for Plaintiff
9930 Watson Road
Suite 100
St. Louis, MO 63126
Phone: (314) 835-5813
Fax:    (314) 835-5867
andy@pagelaw.com