UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | | |
|---|---|---|
| KENNETH THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 19-cv-2241 |
| | ) | |
| JELD-WEN, INC., and | ) | |
| JELD-WEN DOOR | ) | |
| REPLACEMENT SYSTEMS, INC. | ) | |
| Defendant. | ) | |

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by Andrew T. Drazen of Page Law and Defendants being represented by Michael P. Murphy of HeplerBroom, LLC, conferred on September 19, 2019, for the purpose of formulating a proposed discovery calendar for consideration by the Court.  The following are dates upon which counsel have agreed.

1.  Parties will exchange initial disclosures pursuant to FED. R. CIV. P.  26(a)(1) by October 25, 2019.

2.  The deadline for amendment of pleadings is January 17, 2020.

3.  The deadline for joining additional parties is January 17, 2020.

4.  Plaintiff shall disclose experts and provide expert reports by April 24, 2020. Plaintiff shall make any such experts available for deposition by May 29, 2020.

5.  Defendant shall disclose experts and provide expert reports by June 26, 2020. Defendant shall make any such experts available for deposition by July 31, 2020.

6. All discovery, including depositions of experts, is to be completed by August 14, 2020.

7. The deadline for filing case dispositive motions shall be August 28, 2020.

8. The parties have conferred regarding the subjects of discovery in this case. The parties do not believe discovery should be conducted in phases or limited to or focused on particular issues. The parties also believe the limitations set forth in Federal Rules of Civil Procedure 30 and 33 with respect to depositions (limit of 10) and interrogatories (limit of 25) need not be modified.

9. The parties have conferred regarding discovery and disclosure of electronically stored information and have determined that in this case there are no electronic discovery issues.

10. For any information or documents inadvertently produced over which the producing party claims privilege or work product protection, the provisions of Federal Rule of Civil Procedure 26(b)(5)(B) shall apply.

11. The parties anticipate this case could reasonably be expected to be ready for jury trial by January 2021 at the convenience and availability of the Court. At the present time, trial is expected to take approximately 4-5 days.

| | |
|---|---|
| KENNETH THOMPSON,<br>Plaintiff | JELD-WEN, INC. and<br>JELD-WEN DOOR<br>REPLACEMENT SYSTEMS, INC.<br>Defendants |
| BY: s/ *Andrew T. Drazen (with consent)*<br>    Andrew T. Drazen, #6294967<br>    Page Law<br>    9930 Watson Road, Suite 100<br>    St. Louis, MO 63126<br>    (314) 322-8515 (telephone)<br>    E-mail: andy@pagelaw.com | BY: s/ *Michael Patrick Murphy*<br>    Michael Patrick Murphy, #6284342<br>    HeplerBroom, LLC<br>    4340 Acer Grove Drive<br>    Springfield, IL 62711<br>    (217) 528-3674 (telephone)<br>    E-mail: mpm@heplerbroom.com |

**CERTIFICATE OF SERVICE**

I certify that on October 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew T. Drazen
Page Law
9930 Watson Road, Suite 100
St. Louis, MO 63126
(314) 322-8515 (telephone)
E-mail: andy@pagelaw.com


                                        *s/ Michael Patrick Murphy*