IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KENNETH THOMPSON,<br><br>        Plaintiff,<br><br>v.<br><br>JELD-WEN, INC., AND<br>JELD-WEN DOOR REPLACEMENT<br>SYSTEMS, INC.<br><br>        Defendants. | Case No.: 19-cv-2241 |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW plaintiff Kenneth Thompson, by and through his undersigned attorneys Page Law LLC, and dismisses without prejudice the Defendant Jeld Wen Door Replacement Systems Inc. JELD-WEN, Inc remains a party to this case.

**WHEREFORE,** Plaintiff asks that Defendant Jeld Wen Door Replacement Systems Inc to be dismissed without prejudice, for each party to bear his own costs, and for any other relief appropriate under the circumstances.

Respectfully Submitted,

**PAGE LAW**

*/s/ Andrew T. Drazen*
Andrew T. Drazen, #6294967
Attorney for Plaintiff
9930 Watson Road
Suite 100
St. Louis, MO 63126
Phone: (314) 835-5813
Fax:    (314) 835-5867
andy@pagelaw.com